No. 04–10256.  HOLMES v. LUEBBERS, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–10258.  GREEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10260.  FLOYD v. LORD & TAYLOR. C. A. 2d Cir. Certiorari denied. ▮

No. 04–10261.  EDMOND v. ROBINSON, WARDEN. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10263.  DIDDLEMEYER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–10264.  COLVIN v. CURTIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10265.  CRAWFORD v. IOWA. Dist. Ct. Scott County, Iowa. Certiorari denied.

No. 04–10266.  WOOD v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. ▮

No. 04–10267.  KOHSER v. MESHBESHER & ASSOCIATES, P. A. Sup. Ct. Minn. Certiorari denied.

No. 04–10268.  KAHN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 04–10269.  TURCUS v. OAKLAND COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10271.  AKERS v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–10272.  BOYD v. WINTERS ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 04–10273.  ANDERSON v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 04–10275.  BILLINGER v. BELL ATLANTIC ET AL. C. A. 2d Cir. Certiorari denied. ▮